■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FARROW SIMS, Appellant. [678 NYS2d 523] —Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Vaughn, J.), imposed March 19, 1997, on the ground that the sentence is harsh and excessive.

Ordered that the sentence is affirmed.

The defendant waived his right to appeal as part of the negotiated plea agreement (*see, People v Callahan*, 80 NY2d 273; *People v Seaberg*, 74 NY2d 1). Mangano, P. J., Bracken, Copertino, Sullivan and McGinity, JJ., concur.